

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 14, 2024**

United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WILLIE JAMES TRAYLOR, JR., | § | CASE NO. 24-33514 |
| | § | |
| DEBTOR | § | |

### ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS AND OTHER REQUIRED DOCUMENTS

On November 13, 2024, a Motion to Extend Time to File Schedules, Statements and Other Required Documents (the "Motion") was filed by Willie James Traylor, Jr. (the "Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, therefore, the Court finds that good cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the Motion to Extend Time to File Schedules, Statements and Other Required Documents filed by Willie James Traylor, Jr. on November 13, 2024, is hereby GRANTED so as to authorize the time to file schedules, declaration about an individual debtor's schedules, summary of assets and liabilities and certain statistical information, statement of financial affairs, statement of income/means test, statement of intent, and employee income records to November 25, 2024.

####END OF ORDER####